STATE OF CONNECTICUT *v.* JUAN VELEZ
(12822)

HEIMAN, SPEAR and HENNESSY, Js.

Argued January 9—decision released January 24, 1995

*Michael J. Graham,* for the appellant (defendant).

*James M. Ralls,* assistant state's attorney, with whom, on the brief, were *James Thomas,* state's attorney, and *Thomas Prior,* assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.